| People v Williams (Cortney) | 4th Dept: 140 AD3d 1750 (Monroe) | denied 8/17/16 (Rivera, J.) |
|---|---|---|
| People v Williams (DeAndre) | App Div, 2d Dept: 2016 NY Slip Op 73385(U) (Westchester) | dismissed 8/15/16 (Rivera, J.) |
| People v Williams (Donnell) | 4th Dept: 140 AD3d 1645 (Monroe) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Williams (Isiah) | App Div, 4th Dept: 2016 NY Slip Op 74620(U) (Monroe) | dismissed 8/10/16 (Abdus-Salaam, J.) |
| People v Williams (Isiah) | App Div, 4th Dept: 2016 NY Slip Op 74620(U) (Ontario) | dismissed 8/10/16 (Abdus-Salaam, J.) |
| People v Williams (Isiah) | App Div, 4th Dept, 6/2/16 (Monroe) | dismissed 8/10/16 (Abdus-Salaam, J.) |
| People v Williams (Kenneth) | 3d Dept: 138 AD3d 1233 (Albany) | denied 8/24/16 (Pigott, J.) |
| People v Williams (Larry) | App Div, 4th Dept, 4/26/16 (Onondaga) | dismissed 8/8/16 (Garcia, J.) |
| People v Wilson | 1st Dept: 138 AD3d 637 (Bronx) | denied 8/10/16 (Rivera, J.) |
| People v Witcher | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 51 Misc 3d 142(A) (Queens) | denied 8/1/16 (Rivera, J.) |
| People v Woodard | 3d Dept: 139 AD3d 1238 (Franklin) | denied 8/16/16 (DiFiore, Ch. J.) |
| People v Woodworth | App Div, 4th Dept, 6/20/16 (Livingston) | dismissed 8/31/16 (Rivera, J.) |
| People v Worthy | 2d Dept: 138 AD3d 1042 (Nassau) | denied 8/2/16 (Abdus-Salaam, J.) |
| People v Wright | 3d Dept: 139 AD3d 1094 (Albany) | denied[2] 8/10/16 (Abdus-Salaam, J.) |
| People v Xiangmei Zhang | App Term, 1st Dept: 51 Misc 3d 141(A) (NY) | denied 8/16/16 (Garcia, J.) |

(August 1, 2016 through August 31, 2016)

| People v Helms | 4th Dept: 141 AD3d 1138 (Monroe) | granted 8/10/16 (Curran, J.) |
|---|---|---|
| People v Johnson (Michael) | 2d Dept: 139 AD3d 967 (Queens) | granted 8/5/16 (Hall, J.) |
| People v Staton | 2d Dept: 138 AD3d 1149 (Queens) | granted 8/10/16 (Hall, J.) |

---

2. Denied, with leave to renew within 30 days after the Court of Appeals renders a decision in *People v Whitehead* (130 AD3d 1142 [2015], *lv granted* 26 NY3d 1043 [2015]).